**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-00022-REB-MJW

FRANCES J. LYONS,

     Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and
LOCKHEED MARTIN CORPORATION,

     Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT LOCKHEED MARTIN CORPORATION, ONLY**

**Blackburn, J.**

The matter is before me on plaintiff's **Motion To Dismiss Lockheed** [#8][1] filed February 4, 2013.  After reviewing the motion and the record, I have concluded that the motion should be granted and that plaintiff's claims against defendant Lockheed Martin Corporation should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Dismiss Lockheed** [#8] filed February 4, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant Lockheed Martin Corporation are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant Lockheed Martin Corporation is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 4, 2013, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge