**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-00022-REB-MJW

FRANCES J. LYONS,

    Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation For Dismissal** [#18][1] filed April 17, 2013.  After reviewing the stipulation and the record, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to bear their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Joint Stipulation For Dismissal** [#18] filed April 17, 2013, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 17, 2013, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.